JULIA M. BOOTH, as Administratrix of the Estate of ARTHUR C. BOOTH, Deceased, Appellant, *v.* WILLIAM A. MILLIKEN, Respondent.

*Booth* v. *Milliken*, 127 App. Div. 522, affirmed.
(Argued January 11, 1909; decided January 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 28, 1908, upon an order which reversed a judgment in favor of plaintiff's intestate, entered upon a verdict and an order denying a motion for a new trial and directed a dismissal of the complaint in an action to recover for an alleged breach of contract to purchase certain lands.

*R. Burnham Moffat* for appellant.

*James W. Osborne* and *Gilbert H. Montague* for respondent.

Judgment affirmed, with costs, upon the ground that whether the statute of Tennessee, where the land is situated, or the statute of New York, where the contract was made and where the action is brought, be applicable to the case, no action is maintainable for the reason that the contract is fatally defective in failing to designate the land agreed to be sold; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.